**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RYKER VALK, <br><br> Plaintiff, <br><br> vs. <br><br> EPIC GAMES, INC., MICROSOFT CORPORATION, and MOJANG STUDIOS, <br><br> Defendants. | Case No. 0:26-cv-02767-NEB-JFD |

**ORDER GRANTING EXTENSION OF TIME AND STAGGERING BRIEFING FOR DEFENDANTS' ANTICIPATED MOTIONS IN RESPONSE TO THE COMPLAINT**

Upon consideration of the Parties' Joint Stipulation and Motion for Extension of Time and to Stagger Briefing for Defendants' Anticipated Motions in Response to the Complaint ("Motion"), and for good cause shown, it is **HEREBY ORDERED** that the Motion is **Granted** as follows:

(1) Defendants shall have until **September 25, 2026**, to move, answer, or otherwise respond to the Complaint.

(2) Plaintiff shall have until **October 26, 2026**, to respond to any motion filed by Defendants on September 25, 2026.

(3) Defendants shall have until **November 16, 2026**, to file any replies in support of their motions.

(4) Defendants may defer filing any other responsive motions, including any motions under Rule 12(b) of the Federal Rules of Civil Procedure, Minn. Stat. § 554.07 *et seq.*, or otherwise, until 60 days after the last of any order from this

Court on Defendants' forthcoming Motions to Compel Arbitration and any Motions to Transfer.

| Filing Deadline | Motion |
|---|---|
| September 25, 2026 | Defendants' Motions to Compel Arbitration and/or Motions to Transfer |
| October 26, 2026 | Plaintiff's Oppositions to Motions filed on September 25, 2026 |
| November 16, 2026 | Defendants' Replies in support of Motions filed on September 25, 2026 |
| 60 days after the last of any order from this Court on Defendants'Motions to Compel Arbitration and/or Motions to Transfer | Defendants' other responsive motions |

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Date: July 23, 2026

s/ *John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge

2